EDWARD K. SUMMERWELL, as Trustee in Bankruptcy of NATIONAL DRAMA CORPORATION, Respondent, v. THOMAS DIXON, Appellant.— Order affirmed, with

ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.